IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01345-MSK-MJW

JASON BURNEY,
MEGHAN BURNEY, and
STEFANI PASTRORINI,

        Plaintiffs,

v.

ZIMMER HOLDINGS, INC., a Delaware corporation,
ZIMMER ROCKY MOUNTAIN ASSOCIATES, INC., a Colorado corporation,
AL LARSEN, individually,
GORDON CHANG, individually,
JEFF ADAMS, individually,
JEFF WARD, individually,
PAUL ROSE, individually, and
JOHN SPEERS, individually,

        Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO DEFENDANT ZIMMER HOLDINGS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

      **THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion for Leave to File Response in Opposition to Defendant Zimmer Holdings, Inc.'S Motion to Dismiss for Lack of Personal Jurisdiction **(#20).** The Court being fully advised in the foregoing,

      **ORDERS** that Plaintiffs' Unopposed Motion for Leave to File Response in Opposition to Defendant Zimmer Holdings, Inc.'S Motion to Dismiss for Lack of Personal Jurisdiction **(#20) is GRANTED.** Plaintiffs' Response in Opposition to Defendant Zimmer Holdings, Inc.'S Motion to Dismiss for Lack of Personal Jurisdiction **(#21)** is accepted for filing.

Dated this 10th day of August, 2006.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge