IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01345-MSK-MJW

JASON BURNEY, et al.,

Plaintiff(s),

v.

ZIMMER HOLDINGS, INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Amended Defendant Zimmer Holdings, Inc.'s Motion for Protective Order (docket no. 36) is DENIED, in this court's discretion, pursuant to Thomas v. International Business Machines, Inc., 48 F.3d 478, 482 (10th Cir. 1995) and Williams v. District Court, 866 P.2d 908, 912 (Colo. 1993). On October 3, 2006, this court denied Defendant Zimmer Holdings, Inc.'s Motion to Vacate and Re-Set Scheduling Conference (docket no. 27). This court's minute order of October 3, 2006, states as follows:

> It is hereby ORDERED that Defendant Zimmer Holdings, Inc.'s Unopposed Motion to Vacate and Re-Set Scheduling Conference (docket no. 27) is DENIED. This court has previously granted a continuance of the Rule 16 Conference. The mere fact that Judge Krieger has not yet ruled on the pending motion to dismiss (docket no. 9) does not mean that Rule 16 Scheduling Conference should not go forward. In particular, if Judge Krieger should grant such motion to dismiss, then it is highly likely that this case will be re-filed in another jurisdiction and discovery would have to go forward in any event.

Date: November 15, 2006