IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01345-MSK-MJW

JASON BURNEY, et al.,

Plaintiff(s),

v.

ZIMMER HOLDINGS, INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the Joint Status Report and Request for Stay (docket no. 46), it is hereby ORDERED that the Request for Stay (docket no. 46) is GRANTED. All discovery and deadlines are STAYED until further Order of Court.

     The parties have informed this court that they have resolved all asserted and unasserted claims in this case. It is FURTHER ORDERED that the parties shall submit their stipulation for dismissal with the court on or before December 22, 2006, or show cause why this case should not be dismissed.

     It is FURTHER ORDERED that the motions hearing set December 7, 2006 and the settlement conference set on December 19, 2006, are both VACATED.

Date: December 6, 2006